**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **MONDORIVOLI, LLC** ) | Case No 26- |
| ) | Chapter 11, Subchapter V |
| **Debtor** ) | |

**DISCLOSURE REGARDING RECEIVERS**

[ X ]   No receiver is in possession of debtor's property.

[   ]   A receiver is in possession of all or part of the debtor's property.

Identification (by address or legal description of the properties:

Name, Address, Telephone number of receiver:

Attorney for Receiver

Date of Appointment of Receiver
Court Appointing Receiver and Case No.


Dated: February 2, 2026            */s/ Jean-Pierre Bleger*_____
                                   Jean Pierre Bleger, Manager

                                   LAW OFFICE OF BONNIE BELL BOND, LLC

Dated: February 2, 2026            By:  *Bonnie Bell Bond*_____
                                   Bar Number: 14923
                                   8400 East Prentice Avenue, Suite 1040
                                   Greenwood Village, Colorado 80111
                                   (303) 770-0926; (fax) (303) 770-0965
                                   bonnie@bellbondlaw.com